Clifford S. Davidson, OSB No. 125378
cdavidson@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
Attorneys for plaintiff Anitian Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| ANITIAN CORPORATION, an Oregon corporation,<br><br>          Plaintiff,<br><br>    vs.<br><br>SHERLOCK META, INC., a Missouri corporation,<br><br>          Defendant. | Case No. 3:19-cv-19-YY<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the parties' settlement agreement, plaintiff Anitian Corporation hereby dismisses this action without prejudice, and without costs or fees to either party.

                SUSSMAN SHANK LLP

                By  s/Clifford S. Davidson
                    Clifford S. Davidson, OSB No. 125378
                    Attorneys for plaintiff Anitian Corporation

Page 1 – NOTICE OF DISMISSAL